UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ELEVANCE HEALTH, INC., an Indiana corporation, ANTHEM INSURANCE COMPANIES, INC., an Indiana corporation, BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois non-for-profit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>LIFEX RESEARCH CORPORATION, a Georgia corporation, BENEFIT HEALTH PLAN, INC., a Wyoming corporation, STEPHEN TUCKER, an individual, RYSZARD BOLKO, an individual, WILLIAM MCCLURE, an individual, and KRISTIN BULLOCK, an individual,<br><br>    Defendants. | Civil Action No.<br>1:25-cv-03590-WMR |

## ORDER GRANTING MOTION TO SEAL

The Court, having considered the Defendants' Motion for Leave to Seal Documents and Brief in Support and finding good cause, GRANTS Defendants' Motion and ORDERS that Documents 47 and 47-1 be unsealed and Documents 47-2 and 47-3 be sealed and replaced in the public record with exhibit slipsheets indicating that the documents have been sealed.

This 16th day of September, 2025.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE