**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ELEVANCE HEALTH, INC., an Indiana corporation, ANTHEM INSURANCE COMPANIES, INC., an Indiana corporation, BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois non-for-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEX RESEARCH CORPORATION, a Georgia corporation, BENEFIT HEALTH PLAN, INC., a Wyoming corporation, STEPHEN TUCKER, an individual, RYSZARD BOLKO, an individual, WILLIAM MCCLURE, an individual, and KRISTIN BULLOCK, an individual,<br><br>Defendants. | Civil Action No.<br>1:25-cv-03590-WMR |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE**

Defendants LifeX Research Corporation, Benefit Health Plan, Inc.,

Stephen Tucker, Ryszard Bolko, William McClure, and Kristin Bullock, **with**

**the consent of Plaintiffs** Elevance Health, Inc., Anthem Insurance

Companies, Inc., and Blue Cross and Blue Shield Association, move to extend

the time for Defendants to respond to Plaintiffs Motion for an Order to Show

Cause (Doc 55). Plaintiffs filed the Motion for an Order to Show Cause on December 10, so Defendants' response would otherwise have been due on December 24. Previously, with consent of Plaintiffs, Defendants moved for 14-day extensions of time to respond on two occasions. so that their response would be timely if filed on or before January 7, 2025. Defendants now seek a third 14-day extension for the same reasons they sought the first extension. Plaintiffs consent to the requested extension.

The Court has authority to extend the time for a party to act when good cause exists and the request is made "before the original time or its extension expires." FED. R. CIV. P. 6(b)(1)(A). This motion is made before the expiration of the extension for Defendants to respond to Plaintiffs' Motion for an Order to Show Cause.

In addition to Plaintiffs' consent to the extension, good cause for the extension exists for several reasons.[1] First, the parties are close to a settlement that would resolve the entire action, including the matters at issue in Plaintiffs' Motion for an Order to Show Cause. The requested

---

[1]    Plaintiffs have consented to the relief requested in this motion, *i.e.*, a 14-day extension of time to respond to Plaintiff's Motion for an Order to Show Cause. Plaintiffs have not considered, approved of, or otherwise agreed with the good cause arguments contained in this motion. Defendants make no representations as to Plaintiffs' position as to anything in this motion except their consent to the requested relief.

extension should allow the parties to finalize settlement and file case terminating documents.

Second, the extension will not prejudice Plaintiffs, as evidenced by their consent to the requested relief, which makes a mutually agreeable resolution possible even sooner than if the Motion for an Order to Show Cause was fully adjudicated, and a show cause hearing was held.

Having shown good cause and because Plaintiffs consent to the requested relief, the Court should grant this motion and extend the time for Defendants to file a timely response to Plaintiffs' Motion for an Order to Show Cause through February 4, 2026.

Respectfully submitted on January 21, 2026.

*/s/ Kristopher R. Alderman*
Kristopher R. Alderman
Georgia Bar No. 179645
**THE SUMMERVILLE FIRM, LLC**
1226 Ponce de Leon Avenue
Atlanta, Georgia 30306
kris@summervillefirm.com
T: (770) 635-0030
F: (770) 635-0029

3

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE** by filing it through the Court's electronic filing system, which sends a notification to all registered users and by sending an email to all counsel of record, addressed as follows:

<table>
<tr>
<td>

David W. Long-Daniels
REED SMITH LLP
999 Peachtree Street NE
Suite 2500
Atlanta, GA 30309
Dlong-daniels@reedsmith.com

</td>
<td>

Robert N. Phillips
Seth B. Herring
Fatima Mobin
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
robphillips@reedsmith.com
sherring@reedsmith.com
fmobin@reedsmith.com

*Counsel for Plaintiffs*

</td>
</tr>
</table>

Dated:  January 21, 2026.

*/s/ Kristopher R. Alderman*
Kristopher R. Alderman

4