**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ELEVANCE HEALTH, INC., an Indiana corporation, ANTHEM INSURANCE COMPANIES, INC., an Indiana corporation, BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois non-for-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIFEX RESEARCH CORPORATION, a Georgia corporation, BENEFIT HEALTH PLAN, INC., a Wyoming corporation, STEPHEN TUCKER, an individual, RYSZARD BOLKO, an individual, WILLIAM MCCLURE, an individual, and KRISTIN BULLOCK, an individual,<br><br>Defendants. | Civil Action No.<br>1:25-cv-03590-WMR |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE

Having considered the Consent Motion for Extension of Time for Defendants to Respond to Plaintiffs' Motion for an Order to Show Cause and finding good cause, the Motion is GRANTED. The time for Defendants to file a timely response to Plaintiffs' Motion for an Order to Show Cause (Doc 55) is extended through February 4, 2026.

2

It is SO ORDERED, this 27th day of January, 2026.

_____
The Honorable William M. Ray, II
UNITED STATES DISTRICT COURT JUDGE

3

*Prepared and Submitted by:*

Kristopher R. Alderman
Georgia Bar No. 179645
**THE SUMMERVILLE FIRM, LLC**
1226 Ponce de Leon Avenue
Atlanta, Georgia 30306
kris@summervillefirm.com
T: (770) 635-0030
F: (770) 635-0029